IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL JOHNSON,                )
                                )
            Plaintiff,           )
                                )
      v.                         )     No. 11 C 185
                                )
GRAYBAR ELECTRIC COMPANY, INC., )
                                )
            Defendant.           )

## MEMORANDUM ORDER

This Court's brief March 15 memorandum order ("Order") drew the attention of counsel for Graybar Electric Company, Inc. ("Graybar") to a flaw in its Answer, with a specific explanation as to how that flaw should be cured. But Graybar's counsel obviously read neither the Order nor Fed. R. Civ. P. 8(b)(5), which the Order cited. Instead counsel (1) again failed to follow the explicit disclaimer required by that Rule and (2) submitted a full-bore Answer even though the Order had expressly said not to do so.

Accordingly the entire new Answer is stricken. Moreover, Graybar's counsel is ordered (1) to make no charge to Graybar for the services or expenses involved in preparing and filing the most recent pleading or any further pleading for which leave may be sought, (2) to apprise Graybar of that no-charge requirement via a letter accompanied by copies of both the Order and this memorandum order and (3) to transmit to this Court's chambers a copy of the just-referred-to letter to Graybar (purely as an

informational matter and not for filing).

                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date:  March 17, 2011