IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

MICHAEL JOHNSON,                )
                                )
            Plaintiff,          )
                                )
     v.                         )    No. 11 C 185
                                )
GRAYBAR ELECTRIC COMPANY, INC., )
                                )
            Defendant.          )

                       MEMORANDUM ORDER

This Court strikes the March 25, 2011 Amended Answer to Complaint ¶¶10 and 13 as noncompliant with this Court's March 17, 2011 memorandum order (again see Fed. R. Civ. P. 8(b)(5) and App'x ¶1 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 278 (N.D. Ill. 2001)). In addition, if counsel for defendant attempts to cure that error once more, counsel is also ordered to comply once again with the final paragraph of that March 17 order.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date:  March 28, 2011